Moses M. STRONG, for pl'tff in error.

DUNN and BURNETT, for def'ts in error.

THOMAS AGAN &
OWEN M'LAUGHLIN, *pl'tffs in error*,
        *vs.*
The BOARD OF COMMISSIONERS of the
    county of GRANT, *def'ts in error*.
                          *Error to Grant county.*

This case embraced the same questions of law, and depended upon the same state of facts as the above case, in every particular, except the names of the plaintiffs.  It was submitted upon the argument in the foregoing case.  The decision of the court below was affirmed according to the above opinion, without any separate opinion being delivered in it.